UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RUDY STANKO, individually, and on behalf of similarly situated cattle ranchers on the Pine Ridge Reservation and border towns, also known as "Butch,"<br><br>            Plaintiff,<br><br>  vs.<br><br>SOUTH DAKOTA STATE BRAND BOARD; JAKE SCHOFIELD, individually and in his official capacity as a South Dakota State Brand Inspector; PHILIP LIVESTOCK AUCTION; THOR ROSETH, individually and as owner of the Philip Livestock Auction; DEFENDANTS IX through 4X, individually, will be named after discovery,<br><br>            Defendants. | CIV. 17-5060-JLV<br><br><br><br><br>JUDGMENT |

Consistent with the court's order (Docket 20), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated March 28, 2018.

                                  BY THE COURT:

                                  /s/ *Jeffrey L. Viken*
                                  JEFFREY L. VIKEN
                                  CHIEF JUDGE